UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| ERIKA ANN TERWISSCHA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | No. CV-12-3121-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED, in part**. Defendant's Motion for Remand is **GRANTED**. The matter is **REMANDED** to the Commissioner for additional proceedings, and Judgment is entered for Plaintiff.

DATED:   November 1, 2013

　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　Deputy Clerk